George CLEVELAND, III, Plaintiff-Appellant,

v.

Judge Daniel D. HALL, in his official capacity as Circuit Court Judge of South Carolina; Karen C. Ratigan, in her official capacity as Senior Assistant Deputy Attorney General of South Carolina, Defendants-Appellees.

No. 16-6838

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 28, 2016

George Cleveland, III, Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. Hall, No. 6:15–cv–04384–RBH, 2016 WL 2892728 (D.S.C. May 18, 2016). We grant Cleveland's motion to accept as timely filed his informal brief, and we dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED